NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of T.G.J., a child.

_____

T.J.,

          Appellant,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES and GUARDIAN AD LITEM
PROGRAM,

          Appellee.

_____

Case No. 2D18-1547

Opinion filed September 21, 2018.

Appeal from the Circuit Court for Collier
County; Joseph G. Foster, Judge.

Toni A. Butler of Alderuccio & Butler,
Naples, for Appellant.

Meredith K. Hall, Bradenton, for Appellee
Department of Children and Families.

Sara E. Goldfarb, Tallahassee; and
Thomasina Moore and Laura J. Lee,
Sanford, for Appellee Guardian ad Litem
Program.

PER CURIAM.

Affirmed.

SILBERMAN, VILLANTI, and BLACK, JJ., Concur.